Clerks office,

Good morning, could you please send me a balance to my court costs. I have been taking deductions from my state pay and from money sent to my account.

My two cases are: 1:17-CV-05776
1:15-CV-04361

Thank you!

Sincerely,
D. Fair

FILED
JAN 08 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

D. FAIR B-32994
P O Box 112
Joliet Ill
60434

Darrell Fair B-32914
PO Box 112
Joliet Ill
60434

IDOC INMATE
LEGAL MAIL

U.S. POSTAGE >> PITNEY BOWES
ZIP 60403 $ 000.46⁰
02 1W
0001394077 JAN 03 2018

RECEIVED
2018 JAN -8 AM 8:


Prisoner Correspondence
Clerks office
U.S. District Court
219 S. Dearborn St. 20th Fl.
Chgo Ill 60604


01/08/2018-72

60604-189420