IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL FAIR B-32994 | |
| Plaintiff, | |
| v. | Case No. 17 C 5776 |
| WARDEN PFISTER, et al. | Judge Gary Feinerman |
| | Magistrate Judge Michael T. Mason |
| Defendants. | |

## JOINT INITIAL STATUS REPORT

The undersigned and Plaintiff discussed the matters illustrated below via telephone on March 14, 2018.

**Summary of Claims**

Plaintiff has brought a civil rights action pursuant to 42 U.S.C. §1983 against Defendants, Illinois Department of Corrections ("IDOC") officials. Upon merit review, Judge Feinerman ruled that Plaintiff can proceed only on his claim against Defendants Pfister and Lamb that the conditions of his confinement in Stateville Correctional Center segregation unit were unconstitutional. Plaintiff alleges his cell in F-House was infested with roaches, mice, birds, fruit flies, and had a leaky roof. Plaintiff alleges that in one of his cells, the toilet was not functioning and filled with bodily waste. Further, Plaintiff alleges that because of the broken toilet he was forced to wait for the officers to let him out of his cell to use the bathroom or use the bathroom on himself. Plaintiff alleges to have suffered from skin rashes, vision problems, kidney and prostrate problems, and incontinence for three months.

**Relief Sought**

Relief sought is not on the complaint. Plaintiff relayed during the phone conference that he is seeking monetary and possibly injunctive relief. Plaintiff did not specify the monetary amount or the specific type of injunctive relief he is seeking.

**Description of matter Referred**

This case was referred for discovery supervision and setting a discovery and dispositive motion schedule. (Dkt. 8).

**Briefing on the Matters**

There has been no briefing on the matters asserted.

**Discovery Completed**

No discovery has yet been completed. Defendants are exploring possible dates in April to conduct Plaintiff's deposition. Plaintiff anticipates requesting documents relating to work orders for the cells he was housed in while at F-House, IDOC policies regarding security and bathroom usage outside of an inmate's cell, any documents regarding correspondences Plaintiff had with IDOC personnel, grievances, related cases, and medical records. There is no agreement in regards to electronically stored information ("ESI") and Plaintiff has not requested any at this time.

**Proposed Fact Discovery**

- Deadline to serve Rule 26(a)(1) Disclosures: April 5, 2018
- Deadline for Completing Fact Discovery: September 22, 2018
- Deadline for Amending Pleadings and Joining Parties: Defendants propose September 30, 2018. Plaintiff proposes November 1, 2018 as Plaintiff anticipates needing this time due to his access to the law library.
- Deadline for filing Dispositive Motions: Defendants propose November 30, 2018. Plaintiff proposes January 1, 2019asPlaintiff anticipates needing this time due to his access to the law library.
- Deadline for Pretrial Conference: Thirty (30) days after ruling on dispositive motions

**Settlement Negotiations**

The parties have not yet discussed the possibility of settlement and Plaintiff has not made a demand. At this time, Defendants are not interested in participating in settlement discussions. Upon completion of written discovery and Plaintiff's deposition, Defendants may be interested in revisiting the topic.

Respectfully submitted,

LISA MADIGAN  /s/Manuel Mandujano
Attorney General of  MANUEL MANDUJANO
Illinois  Counsel for IDOC Defendants
 Assistant Attorney General
 Office of the Illinois Attorney General
 General Law Bureau
 100 W. Randolph, 13th Floor
 Chicago, IL 60601
 (312) 814-4809

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system and a copy placed in the US Mail before 5:00pm on March

2

15, 2018 at 100 W. Randolph, Chicago, IL 60601 to the individual listed below. Parties of record may obtain a copy through the Court's CM/ECF system.

                                                          */s/Manuel J. Mandujano*

Darrell Fair (B-32994)
Stateville Correctional Center
Rte 53, Box 112
Joliet, IL 60434