# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Darrell Fair

                     Plaintiff,

v.

                                          Case No.: 1:17−cv−05776

                                          Honorable Gary Feinerman

Randy Pfister, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

       MINUTE entry before the Honorable Michael T. Mason:Status hearing held and continued to 4/24/18 at 10:00 a.m. at which time the new defense attorney on the case should be prepared to report when the plaintiff's deposition will be scheduled. Parties to serve Rule 26(a)(1) disclosures by 4/12/18. Fact discovery to be completed by 9/22/18. Parties must amend pleadings and join parties by 11/1/18. Dispositive motions to be filed with the District Court by 12/15/18. Defense counsel shall make arrangements for plaintiff to appear telephonically on 4/24/18 at 10:00 a.m. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.