IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRELL FAIR B-32994 | |
| Plaintiff, | |
| v. | Case No. 17 C 5776 |
| WARDEN PFISTER, et al. | Judge Gary Feinerman<br>Magistrate Judge Michael T. Mason |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

Undersigned counsel submits the following substitution of counsel for Defendants Randy Pfister and Nicholas Lamb, pursuant to Local Rule 83.17 which allows substitutions of counsel without motion where counsel is of the same firm. Manuel Mandujano will no longer represent these defendants and is hereby withdrawing as counsel.

Respectfully submitted,

**LISA MADIGAN**
Attorney General for Illinois

*/s/ Jason J. Weigand*
JASON J. WEIGAND, #6302117
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3889
jweigand@atg.state.il.us

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 23, 2018, he electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system and that Darrell Fair was served this 23rd day of April, 2018, by placing a copy of the same in the U.S. Mail at 100 West Randolph Street, Chicago, Illinois 60601:

>Darrell Fair (B-32994)
>Stateville Correctional Center
>Rte 53, P. O. Box 112
>Joliet, Illinois 60434

>*/s/ Jason Weigand*
>Jason Weigand
>Assistant Attorney General

2