TO: Clerk of U.S District Court
FROM: DARRELL FAIR B-32994

Good morning, could you please send me a balance of what I've paid & what I still owe in court cost for cases: # 15 CV 4361
# 17 CV 5776

Thank you!
Sincerely
D Fair

**FILED**
AUG 28 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Darrell Fair B-52944
PO Box 112
Joliet Ill
60434

S SUBURBAN
IL 604
24 AUG '18
PM 6 L

IDOC INMATE
LEGAL MAIL

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 60403 $ 000.47⁰
02 1W
0001394077 AUG 24 2018



08/28/2018-12

THIS CORRESPONDENCE IS FROM
AN INMATE OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Office of
Clerk of the U.S. District Court
United States Courthouse
219 S. Dearborn St
Chicago Ill 60604

60604-180099