**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Darrell Fair
                                  Plaintiff,

v.                                                               Case No.: 1:17–cv–05776
                                                                           Honorable Gary Feinerman

Scanning Program – Stateville, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 10, 2018:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference set for 9/27/18 is stricken and reset for 10/18/2018 at 01:30 p.m. Parties shall strictly abide by this Court's Standing Order for Settlement Conferences. Plaintiff's counsel shall submit copies of both plaintiff's settlement demand letter as well as defendant's response letter to chambers, room 2270 by 10/12/18. Video Writ to issue forthwith. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.