UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Darrell Fair

           Plaintiff,

v.            Case No.: 1:17−cv−05776
           Honorable Gary Feinerman

Scanning Program – Stateville, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Given the Magistrate Judge's 9/10/2018 order [38], the status hearing set for 10/4/2018 [29] is stricken and re−set for 10/29/2018 at 9:35 a.m. Defense counsel shall arrange for Plaintiff's telephonic appearance at the next status hearing. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.