*fm*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Darrell Fair, )
)
        Plaintiff(s), )
)
v. ) Case No. 17 C 5776
)
Warden Randy Pfister, et al., )
)
        Defendant(s). )

## LIMITED ASSIGNMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby assigns the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Assigned counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The assigned attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this assignment. On notice to the Court, assigned counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

| | |
|---|---|
| Name of Assigned Counsel: | Mary Cannon Veed |
| Law Firm: | Mary Cannon Veed & Associates |
| Street Address: | 838 South Garfield Street |
| Suite Number: | |
| City, State & Zip Code: | Hinsdale, IL 60521 |
| Telephone Number: | 630-222-4030 |

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Assignment of Settlement Assistance Program Counsel.

Dated: August 24, 2018    x *[signature]*
                                     Pro Se Plaintiff

ENTER:
*[signature]*

Dated: 9/12/18
                                     Judge