IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SCANNED AT STATEVILLE CC and E-mailed
10-19-18 by CK 10 pages
date    initials    No.

DARRELL FAIR  B32994           CASE# 17C5776
    PLAINTIFF

VS.

WARDEN PFISTER, ET al,         JUDGE GARY FEINERMAN
                               MAGISTRATE JUDGE
    DEFENDENTS                 MICHAEL T. MASON

FILED
10/19/2018
EC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PETITION FOR RECRUITMENT OF COUNSEL

NOW COMES THE PRO-SE PLAINTIFF DARRELL FAIR IN THIS CAUSE TO HEREBY MOVE THIS COURT BY PETITION FOR RECRUITMENT OF COUNSEL AND PURSUANT TO 28 USC ,, 1915 (e)(1) AND THIS COURT DISCRETION

IN SUPPORT THERE OF PLAINTIFF STATES:

1) THAT PLAINTIFF SUIT BROUGHT FORTH HIS CIVIL SUIT REGARDING THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS

2) PLAINTIFF HAS CLEARED THE SCREENING PROCESS AND HE WAS GRANTED INFORMA PAUPERIS STATUS

3) PLAINTIFF SUIT INVOLVED DELIBERATE INDIFFERENCE TO A LIVING CONDITION THAT RESULTED IN A SERIOUS MEDICAL CONDITION

4) PLAINTIFF HAS MADE NUMEROUS ATTEMPS TO OBTAIN COUNSEL, WHICH RESPONSES PLAINTIFF HAVE ATTACHED, PLAINTIFF WAS DENIED ORIGINAL AND SUBSEQUENT FOLLOW-UP REQUEST FOR COUNSEL — IN A ATTEMP TO REACH SETTLEMENT AGREEMENT. BUT ALTHOUGH PLAINTIFF WAS WILLING TO CONTINUE TO BE FLEXIBLE IN HIS DEMANDS, THE STATE WAS UNWILLING TO OFFER WHAT AMOUNTED TO LESS THAN 1% (ONE PERCENT) OF PLAINTIFF SETTLEMENT REQUEST.

5) PRESENTLY PLAINTIFF LEGAL REQUIREMENTS ARE MORE DIFFICULT TO LITAGATE. PLAINTIFF WAS TOLD TO SUBMIT ANOTHER REQUEST IF DIFFICULTIES PRESENTED THEMSELVES IN LITAGATING THIS CASE/SUIT.

6) PLAINTIFF BELIEVES THAT HIS CLAIMS ARE COMPLEX, AND INVOIDE COMPLEX MEDICAL ISSUES THAT PLAINTIFF WAS UNABLE TO FULLY ANSWER DURING DEPOSITION MAY 25th 2018 ON THE LEVEL NEEDED; AND IS UNABLE TO LITAGATE COMPLAINT AND/OR PROCURE MEDICAL EXPERTS.

7) Plaintiff believes that he's unable to obtain needed documents from I.D.O.C. Plaintiff is enclosing copies of F.O.I.A request that went unanswered. Plaintiff believes that with counsel, that he'll be able to obtain these needed documents, litigate his claim effectively, and procure medical and environment safety and sanitation experts.

8) Plaintiff is a novice and has limited to non-existant legal knowledge and is unable to prepare for future litigation which includes but is not limited to:
 - Deadline for completing fact discovery: Sept 22, 2018
 - Deadline for amending pleadings: Sept. 30th 2018 - Nov 1, 2018
 - Deadline for filing Disposition motions: Nov 30 2018 - Jan 1 2019
 - Deadline for Pretrial conference: 30 days after disposition

9) Plaintiff is further disadvantaged due to present incarceration status which includes lock-downs - which was the case Oct/18/18 the day of the settlement conference - limited law-library access, and difficulty obtaining records from the Dept of Corrections.

10) Plaintiff is not faced with exhaustion of remedy issues.

Wherefor, Plaintiff prays this court grant his petition.

Daniel Fair Oct/18/2018



NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

**JOHN T. RUSKUSKY**
*Partner*
T 312-977-4460
jtruskusky@nixonpeabody.com

70 West Madison, Suite 3500
Chicago, IL 60602
312-977-4400

December 20, 2017

Mr. Darrell Fair, #B-32994
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

Dear Mr. Fair:

     We received your recent letter post-marked December 15, 2017. We have reviewed your letter and have decided that we cannot accept your request for representation by our law firm. We, therefore, cannot offer you any advice as how to proceed and are returning your letter and the materials that you provided.

Very truly yours,

**Nixon Peabody Pro Bono Committee**

Nixon Peabody Pro Bono Committee

Enclosures

4848-2801-3382v.1

Ungaretti & Harris LLP
 Good morning.

 I recently filed a civil suit against the I.D.O.C Case # 1:17-CV-05776 Cruel & unusual punishment & medical. I was held in F-house for over 8 months, 1 of which w/ no working toilet. I was in segregation and I had little to no access to a bathroom for 30 days. F-house has since then been condemned and classified as inhabitable. I was forced to deal w/ rats, mice, roaches, fruit flies, ants, broken windows, cracks & leaks in ceiling, birds & bird droppings etc. I'm seeking Pro Bono representation in this matter. <u>I suffered incontinence for 3 months after my toilet situation was rectified</u>. Thanks for your consideration.

                                    Sincerely
                                    D. Fair

DARRELL FAIR B-32994
PO BOX 112
Joliet Ill 60434

Kirkland & Ellis

Good morning.

I recently filed a civil suit against the I.D.O.C., I was housed in F-house for over 8 months, and for one of those months, I was forced to reside in a cell with no toilet. My suit is for living conditions, and I also suffered medical issues (incontinence) for about 2-3 months after my toilet situation was rectified. F-house was shut down & condemned about a year ago, it has been classified as inhabitable. My Case # 1:17-CV-05776, I'm seeking Pro Bono representation. Thanks for your consideration.

Sincerely
D. Fair

DARRELL FAIR B-32994
PO BOX 112
Joliet Ill 60434

F house: Rats, mice, roaches, fruit flies, mold, birds & bird droppings, broken windows, cracks & leaks in ceiling etc...

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 11, 2018

**LEGAL MAIL - CONFIDENTIAL**

Darrell Fair #B32994
P.O. Box 112
Joliet, IL 60434

        Re:    Pro Bono Representation

Dear Darrell:

        This is in response to your recent letter to Kirkland & Ellis LLP seeking pro bono representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter. Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for pro bono assistance. As such, this decision should not be taken as reflecting on the merits of your matter in any way.

        We have forwarded your letter to the Uptown People's Law Center. UPLC represents prisoners throughout Illinois, and is also sometimes able to find pro bono attorneys to represent prisoners. We emphasize that we have no way of knowing whether UPLC will be able to assist you, so you should not wait for them if you are facing any deadlines. You are free to contact UPLC directly about your case at 4413 N. Sheridan, Chicago, IL 60640 for review.

        Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent. I wish you the best of luck in seeking representation.

Sincerely,

[signature]

Beijing   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.

### Discovery Completed

No discovery has yet been completed. Defendants are exploring possible dates in April to conduct Plaintiff's deposition. Plaintiff anticipates requesting documents relating to work orders for the cells he was housed in while at F-House, IDOC policies regarding security and bathroom usage outside of an inmate's cell, any documents regarding correspondences Plaintiff had with IDOC personnel, grievances, related cases, and medical records. There is no agreement in regards to electronically stored information ("ESI") and Plaintiff has not requested any at this time.

### Proposed Fact Discovery

- <u>Deadline to serve Rule 26(a)(1) Disclosures</u>: April 5, 2018
- <u>Deadline for Completing Fact Discovery</u>: September 22, 2018
- <u>Deadline for Amending Pleadings and Joining Parties</u>: Defendants propose September 30, 2018. Plaintiff proposes November 1, 2018 as Plaintiff anticipates needing this time due to his access to the law library.
- <u>Deadline for filing Dispositive Motions</u>: Defendants propose November 30, 2018. Plaintiff proposes January 1, 2019asPlaintiff anticipates needing this time due to his access to the law library.
- <u>Deadline for Pretrial Conference</u>: Thirty (30) days after ruling on dispositive motions

### Settlement Negotiations

The parties have not yet discussed the possibility of settlement and Plaintiff has not made a demand. At this time, Defendants are not interested in participating in settlement discussions. Upon completion of written discovery and Plaintiff's deposition, Defendants may be interested in revisiting the topic.

Respectfully submitted,

LISA MADIGAN  
Attorney General of  
Illinois

/s/*Manuel Mandujano*  
MANUEL MANDUJANO  
Counsel for IDOC Defendants  
Assistant Attorney General  
Office of the Illinois Attorney General  
General Law Bureau  
100 W. Randolph, 13th Floor  
Chicago, IL 60601  
(312) 814-4809

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system and a copy placed in the US Mail before 5:00pm on March

2

April 30th 2018

TO: STATEVILLES F.O.I.A officer,
FROM: D. FAIR B-32994

I'm requesting documents relating to work orders for cells F-204, F-137, F356, AND ALL EMAILS PERTAINING TO WORK ORDERS FOR THESE ABOVE mentioned cells, covering a period of 2015 and 2016.

Thank you.
Sincerely
D. Fair

Case: 1:17-cv-05776 Document #: 35 Filed: 08/24/18 Page 1 of 1 PageID #:132

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Darrell Fair

                    Plaintiff,

v.

Scanning Program – Stateville, et al.

                    Defendant.

Case No.: 1:17-cv-05776
Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 24, 2018:

    MINUTE entry before the Honorable Gary Feinerman:Because this case has been referred to the Settlement Assistance Program [33], Plaintiffs renewed motion for attorney representation [34] is denied without prejudice to renewal if the case does not settle. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.